## A04A0063. SIMS v. THE STATE.
### (618 SE2d 103)

JOHNSON, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Sims v. State*, 279 Ga. 389 (614 SE2d 73) (2005), our decision in *Sims v. State*, 267 Ga. App. 572 (1) (600 SE2d 613) (2004) is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Smith, P. J., and Phipps, J., concur.*

### DECIDED JULY 13, 2005.

*Jo Nesset-Sale*, for appellant.

*Kenneth W. Mauldin, District Attorney, Patricia K. Atwill, Assistant District Attorney*, for appellee.